UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL WILSON, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                    Defendants. | Case No.:  20-cv-0457-BAS-DEB<br><br>**ORDER EXCUSING DEFENDANT WILLIAM GORE FROM PERSONAL PARTICIPATION AT THE DECEMBER 15, 2020 SETTLEMENT CONFERENCE**<br><br>**[DKT. NO. 27]** |

Before the Court is Defendants County of San Diego, William Gore, and Barbara Lee's unopposed "*Ex Parte* Motion for Order Excusing Defendant William Gore from Personal Participation at the Mandatory Settlement Conference." Dkt. No. 27. Good cause appearing, the Court GRANTS the Motion and excuses William Gore from participating at the December 15, 2020 settlement conference.

**IT IS SO ORDERED**.

Dated:  November 23, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge