Exhibit 1

# SAN DIEGO SHERIFFS DEPARTMENT

## MEDICAL INTAKE QUESTIONS

---

**JIM:**    400177828  **Book #:** 19707965    **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:**  B   **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550        **Created By:**  TEKLEGIORGIS,KEBF

---

**Standard Medical Screening?**

Have you been injured, hurt or in an accident in the last 72 hours?

Explain:

During the time of arrest were you treated in a hospital?

Name of hospital:

Were you given any medications at the hospital?

Name of medication:

During the time of arrest were you tasered/restrained with any device other than handcuffs?

Explain:

If tasered, were barbs removed in the hospital and which hospital?

Explain:

Do you have any major medical problems?

Explain:

Do you have any communicable diseases?

Explain:

Have you traveled outside of the United States within the last 30 days?

If so which countries have you visited and when did you return?

Explain

When was your last CXR?

Explain:

Do you have any psychiatric problems?

Explain:

Are you currently in the process of gender reassignment or do you consider yourself to be a transgender person? (If Yes, Inform JPMU)

Explain MTF / FTM

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000001

# SAN DIEGO SHERIFFS DEPARTMENT

## MEDICAL INTAKE QUESTIONS

---

**JIM:** 400177828  **Book #:** 19707965  **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550    **Created By:** TEKLEGIORGIS,KEBF

---

N    **Are you a client of the Regional Center for developmentally disabled?**

**Which Center?**

**Are you feeling suicidal?**

**Explain:**

**Is the inmate/patient alert and oriented?**

**Explain:**

**Breathalyzer result?**

**Record result:**

**Vital Signs at First Stage?**

**BP**

**TPR**

**Describe**

**Fit for Booking?**

**Disposition:**

---

**Combined Medical Screening?**

-------------------------------------------------------------------------------

Y    **Vital signs?**

**BP:** 96/65

**TPR:** 97.8, 89, 18

**Hgt/Wt:** 70" 215 lb

**INFORMATION FROM SWORN (ARRESTING OFFICER)**

-------------------------------------------------------------------------------

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000002

# SAN DIEGO SHERIFFS DEPARTMENT

## MEDICAL INTAKE QUESTIONS

**JIM:** 400177828  **Book #:** 19707965   **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550        **Created By:** TEKLEGIORGIS,KEBF

RQ      **Arresting Officer's Information**

**AO's Agency** SAN DIEGO SHERIFF OFFICE
**AO's Last Name** R.SHOTWELL
**AO's Agency ID#** 7796

N      **Did the arresting officer witness anything to believe the arrestee may be at risk for a medical condition, intellectual disability, or suicide?**

  **Description**

N      **By your observation, does the arrestee appear to be under the influence of drugs or alcohol?**

  **Description**

N      **Was the arrestee combative at the time of the arrest?**

  **Description**

N      **Is there additional information that you can provide to us to better care for this arrestee and insure his/her health and safety?**

  **Description**

-------------------------------------------------------------------------------------------------------

**OBSERVATION**

-------------------------------------------------------------------------------------------------------

RQ      **Describe individual's appearance (e.g. sweating, tremors, anxious, disheveled, no acute distress, etc.)?**

  **Description** NAD

RQ      **Describe individual's state of consciousness (e.g. alert, responsive, lethargic, etc.)**

  **Description** Alert

Y      **Is the arrestee oriented? To person, place, and time? (Need to have inmate answer those three questions)**

    **Explain:**

Y      **Is the arrestee cooperative?**

**Refusing to answer?**

  **Description**

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000003

# SAN DIEGO SHERIFFS DEPARTMENT

## MEDICAL INTAKE QUESTIONS

---

**JIM:** 400177828  **Book #:** 19707965   **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550    **Created By:** TEKLEGIORGIS,KEBF

---

Y        **Fit to complete medical screening process?**

   **Disposition:**

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000004

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:** 400177828 **Book #:** 19707965 **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986 **Age:** 32 **Des.:** B **Sex:** M **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550    **Created By:** TEKLEGIORGIS,KEBREAB

---

**Are you pregnant?**

**LMP?**

**EDC?**

---

**Have you had a baby in the last 12 months?**

**Explain:**

---

**Have you had an abortion recently?**

**Date:**

---

**Pregnancy test obtained?**

**Test Result**

---

**Standard Medical Screening?**

**Vital signs?**

**BP:**

**TPR:**

**Describe:**

**Are you being seen by a physician?**

**Physicians name:**

**Psychiatrist:**

**Are you a client of the Regional Center for the developmentally disabled?**

**Which Center:**

**Allergies**

**Medications?**

**Describe:**

**Food?**

**List Food & Reaction**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000005

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

**JIM:** 400177828 **Book #:** 19707965 **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986 **Age:** 32 **Des.:** B **Sex:** M **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550     **Created By:** TEKLEGIORGIS,KEBREAB

**Bee sting?**

**Carry Kit:**

**Swelling:**

**Do you have health insurance?**

**Explain:**

**Do you use street drugs?**

**Type:**

**Amount:**

**Last Used:**

**Do you have problems when you stop using them?**

**Explain:**

**Do you use alcohol?**

**Type:**

**Amount:**

**Last Used:**

**Do you have problems when you stop using it?**

**Explain:**

**Do you have asthma?**

**Explain:**

**Hypertension?**

**Explain:**

**Infection?**

**Explain:**

**Diabetes?**

**Explain:**

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000006

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:** 400177828  **Book #:** 19707965  **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550      **Created By:** TEKLEGIORGIS,KEBREAB

---

**Open wound or skin breakage on feet or legs?**

**Describe:**

**Assessment done?**

**Picture taken?**

**Heart problems?**

**Explain:**

**Orthopedic?**

**Explain:**

**Seizure?**

**Explain:**

**On renal dialysis?**

**Name of Clinic, MD:**

**Do you have any other medical problems?**

**Explain:**

**Do you have any dental problems?**

**Explain:**

**Do you have TB?**

**Last x-ray:**

**2 Rx:**

**3+ Rx:**

**Hepatitis?**

**Last date:**

**Type:**

**Rx Name:**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000007

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:** 400177828 **Book #:** 19707965 **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986 **Age:** 32 **Des.:** B **Sex:** M **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550 **Created By:** TEKLEGIORGIS,KEBREAB

---

**Venereal disease?**

**Type:**
**Last Date:**
**RX Name:**
**HIV tested?**

**HIV positive?**

**MD Name:**
**T-Cell:**
**Rx Name:**
**AIDS?**

**MD Name:**
**T-Cell:**
**Rx Name:**
**Scabies?**

**Explain:**
**Lice?**

**Explain:**
**Crabs?**

**Explain:**
**Rash on body?**

**Explain:**
**Open sores on private parts?**

**Explain:**
**Do you have any other communicable diseases?**

**Explain:**
**Mental Status**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000008

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

**JIM:**   400177828   **Book #:** 19707965    **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986   **Age:** 32   **Des.:**  B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:**  02-05-2019 1550       **Created By:**  TEKLEGIORGIS,KEBREAB

**Alert and oriented person?**

   **Describe:**
**Alert and oriented place?**

   **Describe:**
**Alert and oriented time?**

   **Describe:**
**Alert and oriented date?**

   **Describe:**
**Level of Consciousness**

   **Alert?**

      **Describe:**
   **Lethargic?**

      **Describe:**
   **Stuporous?**

      **Describe:**
   **Other?**

      **Describe:**
**Physical Appearance**

   **Clean?**

   **Malodorous?**

      **Describe:**
   **Malnourished?**

      **Describe:**
   **Alcohol breath?**

      **Describe:**

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000009

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:**  400177828  **Book #:** 19707965  **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:**  02-05-2019 1550       **Created By:** TEKLEGIORGIS,KEBREAB

---

**Disheveled?**

   **Describe:**

**Mobility**

   **Ambulatory?**

   **Explain:**
   **Limitations?**

   **Describe:**
   **Prosthetics?**

   **Describe:**
   **Normal speech?**

   **Describe:**
   **Normal thought process?**

   **Describe:**
   **Cooperative behavior?**

   **Describe:**
   **Unusual affect / mood?**

   **Describe:**
   **Visible signs of illness?**

   **Describe:**
   **Sight limitation?**

   **Describe:**
   **Hearing limitation?**

   **Describe:**
   **Unusual skin color / temp. turgor?**

   **Describe:**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000010

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:**  400177828  **Book #:**  19707965    **Book Dt/Tm:**  02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:**  B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:**  02-05-2019 1550      **Created By:**  TEKLEGIORGIS,KEBREAB

---

**Needle marks present?**

  **Describe:**

**Loss of bladder / bowel function?**

  **Describe:**

**SOB / persistent cough?**

  **Describe:**

**Have you ever served in the United States Military?**

**Other**

  **Describe:**
  **Describe:**
  **Describe:**

**Explain sick call process?**

   **Explain:**

**Scheduling clinic / provider appointment?**

**Are you currently taking any medications?**

---

**Record in Med Screen**

---

**Combined Medical Screening?**

**SUBSTANCE ABUSE INFORMATION FROM INMATE**

-----------------------------------------------------------------------------------------------------------------

N        **Prior to your arrest, did you swallow or hide any drugs in any body cavity?**

          **Description**

N        **Do you drink alcohol?**

**Type and Last drink?**
          **How often?**
**For how many years?**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000011

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:**  400177828  **Book #:** 19707965   **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:**  02-05-2019 1550      **Created By:** TEKLEGIORGIS,KEBREAB

---

**Do you have medical complications when you stop drinking?**

**Describe symptoms**
**Seizures/Shakes?**
**Hospitalization?**

N        **Do you use drugs such as heroin, cocaine, meth etc.?**

**What do you use?**
**How much do you use?**
**Last time used?**

RQ        **What happens when you stop taking these drugs?**

**Description**

-------------------------------------------------------------------------------------------

**INMATE MEDICAL SCREENING QUESTIONS**

**OBSERVATION**

-------------------------------------------------------------------------------------------

N        **Does the individual have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?**

**Description**

N        **Does the individual have other limitations like hearing, visual, communication?**

**Description**

N        **Does the individual have any noticeable rashes, infestations, wounds, or discoloration of the skin?**

**Description**

N        **Is the individual experiencing difficulty breathing or breathing rapidly (e.g. persistent cough, hyperventilation, etc.)?**

**Description**

Y        **Did the arrestee walk into the intake area without any assistance?**

**Description**

-------------------------------------------------------------------------------------------

**MEDICAL INFORMATION FROM INMATE**

-------------------------------------------------------------------------------------------

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000012

# SAN DIEGO SHERIFFS DEPARTMENT

### Medical Questions

---

**JIM:** 400177828  **Book #:** 19707965   **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550      **Created By:** TEKLEGIORGIS,KEBREAB

---

Y   **Do you currently have any medical conditions such as asthma, diabetes, seizures, cancer, orthopedic issues, terminal illnesses, communicable diseases**

   **Description** CHF, ASTHMA & Cardiomyopathy

N   **Have you had recent illness with symptoms of chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever or night sweats?**

   **Description**

N   **Documented normal CXR in JIMS within the past 6 months?**

    **Explain:** needed

N   **Are you currently a dialysis patient?**

  **Last time treated?**

   **Clinic Name?**

N   **Do you have any dental problems?**

   **Description**

N   **Do you have any allergies (e.g. food, medication, etc.)?**

   **Type/Reaction?**

N   **Are you currently taking any medications?**

   **Description**

  **Pharmacy used?**

N   **In the past 30 days, have you had any recent hospitalizations or serious injuries?**

   **Description**

N   **Do you have any history of head trauma?**

   **Describe:**

Y   **Patient informed of adult immunization availability (Hep A, B, Tetanus, Seasonal Flu, etc.)?**

Y   **Patient informed of screening availability for STD's?**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000013

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Questions

---

**JIM:**  400177828  **Book #:** 19707965    **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):**  WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:**   02-05-2019 1550       **Created By:**  TEKLEGIORGIS,KEBREAB

---

N        **Do you currently have a health provider?**

   **Doctor's Name**

      **Location**

Y        **Do you have Medi-Cal?**

      **Are you interested in information on Medi-Cal enrollment?**

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000014

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

---

**JIM:** 400177828  **Book #:** 19707965  **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32  **Des.:** B  **Sex:** M  **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550       **Created By:** TEKLEGIORGIS,KEBREAB

---

**Standard Medical Screening?**

      **Do you have any current psychiatric / mental health problems?**

       **Explain:**
      **Do you have any previous mental health history?**

       **Explain:**
      **Have you been a victim of sexual assault during a previous incarceration or in the community?**

**Want to see a MHC?**

      **Do you know your psychiatrist / clinic name?**

       **Explain:**
      **Any visual hallucinations?**

       **Explain:**
      **Any auditory hallucinations?**

       **Explain:**
      **Any suicidal ideation?**

       **Explain:**
      **Any homicidal ideation?**

       **Explain:**
      **Any prior suicide attempts?**

       **Explain:**
      **Are you currently taking any psychiatric medications?**

      **Scheduling clinic / provider appointment?**

---

**Combined Medical Screening?**

      **GENDER IDENTITY/PREA**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000015

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

---

**JIM:** 400177828 **Book #:** 19707965 **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986 **Age:** 32 **Des.:** B **Sex:** M **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550    **Created By:** TEKLEGIORGIS,KEBREAB

---

-------------------------------------------------------------------------------

N         **Do you identify yourself as transgender?**

          **MTF or FTM?**
          **Class Notified?**
              **Are you in the process of gender reassignment therapy?**

N         **Have you been a victim of a sexual assault either while incarcerated or in the community?**

   **Schedule for MHC?**

-------------------------------------------------------------------------------

**PSYCHIATRIC INFORMATION FROM INMATE**

-------------------------------------------------------------------------------

N         **Are you a client of the Regional Center for developmentally disabled?**

          **Which Center?**

Y         **Have you ever been diagnosed with a mental illness (ex. Schizophrenia, Bipolar, Depression, PTSD, etc.)?**

          **Description** bipolar schizophrenia

N         **Have you ever been hospitalized in a psychiatric hospital?**

              **Where?**
              **When?**

N         **Do you ever hear voices or see things that are not there?**

          **Description**

-------------------------------------------------------------------------------

**SUICIDE RISK INQUIRY**

-------------------------------------------------------------------------------

N         **Have you recently experienced a significant loss? (Relationship, Death of a family member/close friend, job etc.)**

          **Description**
   **Scheduled for MHC?**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000016

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

---

**JIM:** 400177828 **Book #:** 19707965 **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986 **Age:** 32 **Des.:** B **Sex:** M **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550 **Created By:** TEKLEGIORGIS,KEBREAB

---

N **Has a family member or close friend ever attempted or committed suicide?**

**Description**

**Scheduled for MHC?**

N **Do you feel there is nothing to look forward to in the immediate future? (Inmate expressing helplessness and/or hopelessness)**

**Description**

**Gatekeeper Assesmnt?**

-------------------------------------------------------------------------------------

**COLUMBIA SUICIDE SEVERITY SCALE**

-------------------------------------------------------------------------------------

N **Have you wished you were dead or wished you could go to sleep and not wake up? (Past Month)**

**Sched. for MHC?**

N **Have you had any actual thoughts of killing yourself? (Past Month)**

**Have you been thinking how you might do this?**

**Description**

**Have you had these thoughts and had some intention of acting on them?**

**Description**

**Have you started to work out or worked out the details of how to kill yourself?**

**Description**

**Refer to ISP**

**Do you intend to carry out this plan?**

**Description**

N **Have you ever done anything, started to do anything, or prepared to do anything to end your life?**

**Within past 3 months**

**Description**

**Refer to MHC**

Y **Consents/ROIs completed and signed (General consent, Sterilization,PREA if applicable)?**

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000017

# SAN DIEGO SHERIFFS DEPARTMENT

## PSYCHIATRIC QUESTIONS

---

**JIM:** 400177828  **Book #:** 19707965    **Book Dt/Tm:** 02-05-2019 1534

**Name(L,F,M,S):** WILSON, MICHAEL, RICHARD

**DOB:** 12-13-1986  **Age:** 32   **Des.:** B   **Sex:** M   **SSN:** 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

**Created Dt/Tm:** 02-05-2019 1550     **Created By:** TEKLEGIORGIS,KEBREAB

---

Y        **Fit for Jail?**

**Disposition:** NAPS/SCHEDULING

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000018

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

**Book Dt/Tm:** 02-05-2019 1534

**DOB:** 12-13-1986    **Age:** 32    **Des.:** B    **Sex:** M    **SSN:** 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

**Fac:** 965    **Area:**    **HU:**    **Cell:**    **Bed:**

**Health Service #:**    **Health Status:** UNKNOWN

**Medical Classification: NO**

## Admin Entries

**Entry Date:** 02-12-2019 2108    **Entered By:** JMONTESH,  MONTECLAR

Received signed ROI by I/P Wilson, Michael for Yujane Lampkin (sister), contact number 702-742-8026. Original in chart, copy in the red binder.

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000019

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | |
|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |

## Encounter Detail

| | | |
|---|---|---|
| **Type:** Booking Intake | **Reason:** Tb Screening | **Date:** 02-05-2019 1534 |
| **Resource:** Eusebio, Dennis | | **Cost:** |
| **Notes:** | | |

## Objective

### Tests

| | | |
|---|---|---|
| **Test:** X-RAY | **Req'd by:** ESNPX2SH | **At:** 02-05-2019 1534 |
| **Reason:** Required | **Taken by:** | **At:** |
| **Result:** | **At:** | **Desc:** |

### Orders

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000020

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-06-2019 0234          **Entered By:** DEUSEBSH,  EUSEBIO

```
PATIENT NAME:  WILSON, MICHAEL RICHARD
DATE OF BIRTH:  12/13/86
BOOKING NUMBER:  19707965
PHYSICIAN   Dr. O'Brien
FACILITY:  SDCJ
DATE OF EXAM  Feb 5, 2019 8:07:02 PM PST
PROCEDURES  CR - CHEST - SD X-Ray
HISTORY   CXR, FACILITY #1
-------------------------------------------------------------------------------
1 view chest x-ray.
Comparison:
None
Findings:
No consolidation or effusion.
Mild cardiomegaly.  Left-sided pacer.
Bones unremarkable

Impression:
1. Negative for active tuberculosis

Electronically signed on Feb 6, 2019 12:55:22 AM PST by:

Jason E. Grennan, MD

Diplomate, American Board of Radiology
```

## Med Alerts

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000021

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | |
|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |

## Encounter Detail

| | | |
|---|---|---|
| **Type:** Rnsc | **Reason:** Nap | **Date:** 02-05-2019 1552 |
| **Resource:** Teklegiorgis, Kebreab Sh9451 | | **Cost:** $0.00 |

**Notes:** To eval CHF, Asthma, & Cardiomyopathy. Also he has history of bipolar schizophrenia.

## Objective

### Vitals

**Vitals Dt/Tm:** 02-05-2019 1642 **Temp (°F):** 97.9 **Pulse:** 90 **Respiration:** 17

**Blood Pressure:** 103/61 **Wgt:** **Hgt:** 5´09" **Provider:** BAUTISTA , RIZALINA

**SNP:**

**Notes:** 02 sat 99% on R.A.

## Instructions

| | |
|---|---|
| MEDICAL/PSYCH HOLD | COMPLETE |
| NO EMRF | COMPLETE |
| NO FACILITY 8 | COMPLETE |

## Orders

### Encounter Notes

**Entry Date:** 02-05-2019 1645    **Entered By:** RBAUT3SH, BAUTISTA

S" I have Asthma, I used albuterol inhaler,do you have a stronger one?, I
also have congestive heart failure and I take Lasix 40mg everyday I used Rite
Aid for my pharmacy , I take invega for my schizophrenia, I get it telecare in
linda vista

O: Seen in medical screening ,i/p is a&ox3,calm,cooperative,coherent,rep even
& unlabored, lungs are clear to auscultation, skin warm well perfused, claims
the above statement, o2 sat 99% on R.A. , denies SI,HI,AH.VH

A: Alt in Health Maintenance

P: SNP initiated for Asthma , MDSC and Psych SC sched, ROI signed for Rite
Aid Pharmacy and Telecare for his psych meds, Advised i/p to notify staffs for
any change in condition and voiced understanding. i/p given one albuterol
inhaler supply, able to demonstrate how to use inhaler.

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000022

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |
|---|---|---|---|

## Encounter Detail

| **Type:** Mdsc | **Reason:** Court Order | **Date:** 02-05-2019 1655 |
|---|---|---|
| **Resource:** Bautista, Rizalina Sh5808 | | **Cost:** $0.00 |

**Notes:** Level 1, 2/5/19   Claims Hx of CHF , takes Lasix 40mg daily ,  Cardiomyopathy, with multiple meds,  Asthma,  ROI signed for Rite Aid. CRT Order Def has serious medical conditions that need to be seen.  **CXR neg TB, with mild cardiomegaly, L sided pacer.

## Objective

### Vitals

**Vitals Dt/Tm:** 02-06-2019 1032 **Temp (°F):**   97.7 **Pulse:**   101 **Respiration:** 17

**Blood Pressure:** 116/74   **Wgt:** 195 **Hgt:** 5´09" **Provider:** WYCOCO , FREDERICK

**SNP:**

**Notes:**

## Orders

### Encounter Notes

**Entry Date:** 02-06-2019 1116        **Entered By:** FWYCOCSH,   WYCOCO

```
MDSC done, meds noted in sapphire, lab draw scheduled. Rite Aid request
documents faxed (expedited), awaiting for the records.
```

**Entry Date:** 02-06-2019 1108        **Entered By:** ALEONXNS,   LEON

```
MDSC
S. This patient presents with no acute distress and has multiple meds form
multiple medical conditions including asthma and cardiac problems.?
O. NAD well oriented times three, Vitals normal O2 sat at 100
    HEENT wnl
    Neck wnl no briuts
    Lungs clear and no rales, no whezzes
A. H/o Asthma and HTN
P. from his stated meds he will be plced on
    Metoprolo 5omg BIB
    lasix 40mg qd
    The rest of his meds will habe to be done through stat rite aid document
    contunue with his inhaler
    Elecrrolytes in 2 weeks
```

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000023

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400177828        **Book#:** 19707965        **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000024

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |

## Encounter Detail

**Type:** Psych Sc          **Reason:** Chart Check          **Date:** 02-06-2019 0853

**Resource:** Ibanez, Marylene Sh9033          **Cost:** $0.00

   **Notes:** pls review medication list from Telecare Behavioral Health

## Objective

## Orders

### Vitals

**Vitals Dt/Tm:** 02-06-2019 1712 **Temp (°F):**          .0 **Pulse:**          **Respiration:**

**Blood Pressure:** 0/0          **Wgt:**          **Hgt:** 5´09" **Provider:** NESBIT , ARIANA

          **SNP:**

          **Notes:**

## Encounter Notes

**Entry Date:** 02-07-2019 0043          **Entered By:** LDEGUZSH,  DEGUZMAN

CC by Dr Nesbit, orders noted, RTC x1-2 wks.

**Entry Date:** 02-06-2019 1712          **Entered By:** ANESBINS,  NESBIT

PSYCH CHART CHECK

Reviewed med list from Telecare: Prozac 40mg QHS, Invega Sustenna 156mg IM
q4wks (next due 2/6/19=today), Melatonin 3mg QHS.

- Will start these medications now
- Please schedule PsychSC within 1-2wks

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000025

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| | | |
|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |

## Encounter Detail

**Type:** Mdsc          **Reason:** Chart Check          **Date:** 02-06-2019 1312

**Resource:** Wycoco, Frederick Sh5778          **Cost:** $0.00

**Notes:** Please review records from Rite Aid

## Objective

## Orders

## Encounter Notes

**Entry Date:** 02-06-2019 1324          **Entered By:** FWYCOCSH,  WYCOCO

MDCC done, meds noted in sapphire.

**Entry Date:** 02-06-2019 1315          **Entered By:** ALEONXNS,  LEON

MDCC
Rite aid pharmacy list reviewed and meds reconciled in Sapphire

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000026

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

| **Type:** Psych Sc | **Reason:** 01- Follow-up | **Date:** 02-05-2019 1657 |
|---|---|---|
| **Resource:** Bautista, Rizalina Sh5808 | | **Cost:** $0.00 |

**Notes:** Level 2   2/5/19   Hx of Bipolar, Schizophrenia, on Invega 156mg q 4 weeks, claims he is due for his shot tomorrow.
ROI signed for Telecare Linda Vista

## Objective

## Orders

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000027

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

| **Type:** Lab & Tx Sc | **Reason:** 01- Follow-up | **Date:** 02-07-2019 0051 |
|---|---|---|
| **Resource:** Deguzman, Larry Sh6564 | | **Cost:** |

**Notes:**  Invega Sustenna 156mg IM q4wks (next due 2/6/19=today)
(when available) pls chart in Sapphire MAR. pls sched in 4 wks after the ist dose.

## Objective

## Orders

## Encounter Notes

**Entry Date:** 02-10-2019 0931        **Entered By:** SMACANSH,   MACANLALAY

Invega 156 mg given on R deltoid, pt tolerated procedure.

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000028

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

**JIM:** 400177828          **Book#:** 19707965          **Name (L,M,F,S):**   WILSON, MICHAEL, RICHARD

## Encounter Detail

**Type:** Rnsc                    **Reason:** Exam                    **Date:** 02-11-2019 0932

**Resource:** Burns, Milissa Sh7098                              **Cost:** $0.00

**Notes:** phone call from mother

## Objective

### Vitals

**Vitals Dt/Tm:** 02-11-2019 1034  **Temp (°F):**  98.2  **Pulse:**  129  **Respiration:** 22

**Blood Pressure:** 120/79     **Wgt:**       **Hgt:** 5´09"  **Provider:** MACANLALAY , SAMANTHA

**SNP:**

**Notes:**

## Orders

### Encounter Notes

**Entry Date:** 02-11-2019 1032          **Entered By:** SMACANSH,   MACANLALAY

```
S:"I can't breath when I lay down"
O: AOX3 ambulatory, lungs CTA, O2 sat of 90-94 % @ RA.
A: Altered health maintenance
P: Scheduled for MDSC for further eval.
```

**Entry Date:** 02-11-2019 0932          **Entered By:** MBURNSSH,   BURNS

```
received phone call from mother claims she got off the phone with her son (no
ROI noted in binder) claims her son is in distress, hx of CHF and unable to
breathe and not receiving medications. Usually gets admitted to hospital and
wants to talk to the watch commander. Informed her I will send a nurse to =the
floor to evaluate patient for need of emergent care
```

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000029

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

| **Type:** Mdsc | **Reason:** Emergency | **Date:** 02-11-2019 1030 |
|---|---|---|
| **Resource:** Macanlalay, Samantha Sh | | **Cost:** $0.00 |

**Notes:** PR 129-180
C/O cough, difficulty breathing when lying
O2 sat 90-94 % @ RA

## Objective

## Orders

## Encounter Notes

**Entry Date:** 02-11-2019 1038      **Entered By:** MBURNSSH,   BURNS

```
noted, meds given as ordered, RTC PRN
```

**Entry Date:** 02-11-2019 1031      **Entered By:** PFREEDNS,   FREEDLAND

```
pt co mild cough, denies cp/sob/edema.

hx chf, states he feels well, denies being in chf

lasix, robitussin now

med fu prn
```

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000030

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

**Type:** Psychologist      **Reason:** Add Hold      **Date:** 02-11-2019 1422

**Resource:**      **Cost:** $0.00

**Notes:**

## Objective

## Instructions

OP STEP DOWN UNIT          COMPLETE

## Orders

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000031

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

**Type:** Rnsc      **Reason:** Add Hold      **Date:** 02-11-2019 2055

**Resource:** Echon, Carina Sh      **Cost:** $0.00

**Notes:**

## Objective

## Orders

## Encounter Notes

**Entry Date:** 02-11-2019 2055      **Entered By:** CECHONSH, ECHON

patient's sister Yujane Lampkin called informing desk RN that she was just done
talking to her brother and noted that he is in distress/short of breath,patient
ststed that he was given Lasix earlier and helped a little bit but now he is
agoain short of breathe.Patient's sister stated that his brother has hx of Left
Ventricle heart failure congenital in nature,housing Deputy instructed to bring
patient down to clinic for eval

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000032

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |
|---|---|---|---|

## Encounter Detail

**Type:** Rnsc **Reason:** Exam **Date:** 02-11-2019 2248

**Resource:** Germono, Macy Sh5482 **Cost:** $0.00

**Notes:**

## Diagnosis

Asthma

## Objective

### Vitals

**Vitals Dt/Tm:** 02-11-2019 2248 **Temp (°F):** 97.8 **Pulse:** 104 **Respiration:** 17

**Blood Pressure:** 122/77 **Wgt:** **Hgt:** 5´09" **Provider:** GERMONO , MACY

**SNP:**

**Notes:** o2sat 97- 99%RA

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000033

# SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |

## Encounter Detail

### Plan

**Provider:** SNP , ESTD JOSHUA    **Plan Dt/Tm:** 02-11-2019 2250 **Completed By:** GERMONO , MACY
**Completed Dt/Tm:** 02-11-2019 2250 **Patient Education:** Y    **Phone Order Status:**
**SNP:** ASTHMA: STAGES OF RESPIRATORY DISTRESS

**Entry Date:**                     **Entered By:** ESNPX2SH,  SNP

```
Per SNP ASTHMA: STAGES OF RESPIRATORY DISTRESS. 3.  Moderate Respiratory
Distress:
a. This I/P will have expiratory and possibly inspiratory wheezing. Obtain and
document a peak flow before and after treatment. (Normal adult peak flow is 400
to 800).
b. Mix Ventolin (Albuterol) 0.5% 1ml and one ampule Atrovent 0.02% with 3cc
Normal Saline administer via nebulizer over 5-15 minutes.
   i. If patient does not improve after 1st nebulizer treatment then contact
the on-site or on-call MD.
  ii. If patient is no longer wheezing or complaining of shortness of breath
after his/her treatment and/or peak flow value has increased then give:
      Xopenex (levalbuterol)  inhaler 2 puffs QID PRN x 30 days.
 iii. If I/P shows improvement (peak flow value has increased) but patient
continues to wheeze or complain of shortness of breath and the heart rate is
less than 130 then:
   * Repeat Nebulizer treatment in 20 minutes.
   * If patient does not improve, contact on-site or on call Physician for
direction and/or disposition.
c. Schedule I/P for next available sick call within 24 hours..
```

**Provider:** SNP , ESTD JOSHUA    **Plan Dt/Tm:** 02-11-2019 2250 **Completed By:** GERMONO , MACY
**Completed Dt/Tm:** 02-11-2019 2250 **Patient Education:** Y    **Phone Order Status:**
**SNP:** ASTHMA: STAGES OF RESPIRATORY DISTRESS

**Entry Date:**                     **Entered By:** ESNPX2SH,  SNP

```
Per SNP ASTHMA: STAGES OF RESPIRATORY DISTRESS.  Treatment Plan: (All patients
treated for wheezing shall be refered to MD sick call for follow up).
```

## Orders

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000034

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-11-2019 2250          **Entered By:** MGERM2SH,   GERMONO

```
clinic
s: c/o sob. hx chf.
o: aox3.  in mod distress.  lung sounds + upper respiratory, inspiratory
wheezing. no use of accessory muscles.  o2 sat 97% to 99% ra. +cough. patient
would catch his breath whenever he     talks, no cyanosis noted.
a: ineffective airway clearance
p: snp asthma: nebulizer treatment initiated.  pt reported relief after.
patient with kop inhaler, instructed on how to use properly.
    got a verbal order of robitussin 10ml bid x3 days from np gatan, first dose
given.
    pt advised to notify staff at onset of further wheezing/sob; verbalized
understanding.
    pt left clinic in stable condition, ambulating independxently with steady
gait, speech is clear and spontaneous.
    scheduled for mdsc f/u.
```

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000035

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):**  WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

| **Type:** Nurse Practitioner Sick Call | **Reason:** Add Hold | **Date:** 02-08-2019 2142 |
|---|---|---|
| **Resource:** Germono, Macy Sh5482 | | **Cost:** $0.00 |

**Notes:** level 1: 2/11 f/u. c/o sob, seen by md yesterday. snp asthma intiated, nebulizer tx done.
Per J-21, " I see the dr about my med, I haven't received any." "cough that won't go away"
per mother hx of CHF & having trouble breathing. MUST SEE.

## Objective

## Orders

## Encounter Notes

| **Entry Date:** 02-12-2019 2009 | **Entered By:** MGERM2SH,   GERMONO |
|---|---|

`noted, med on sapphire.`

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000036

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
| --- | --- | --- |

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-12-2019 1822        **Entered By:** VGATANNS , GATAN

NPSC - 'level 1: 2/11 f/u. c/o sob, seen by md yesterday. snp asthma intiated, nebulizer tx done.

Per J-21, " I see the dr about my med, I haven't received any." "cough that won't go away"

per mother hx of CHF & having trouble breathing. MUST SEE."


32yo seen at clinic last night, here for re-assessment. asymptomatic. claims mild constipation. denies nv ha sob


a/o conversant nad

ncat perrl

chest: ctab, s1s2

abd: soft nttp bs x4

ext: mae x4, no pedal edema

neuro: grossly intact, gait steady


sapphire med chk


A/P

a. I/P w/ hx: CHF, stable. claims mild constipation

-colace as ordered

-advise lifestyle mod

-rtc prn


## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000037

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

| **Type:** Mdsc | **Reason:** Emergency | **Date:** 02-14-2019 1052 |
|---|---|---|
| **Resource:** Johnson, Casey | | **Cost:** $0.00 |

**Notes:** Medical received pc from deputy that ER services needed on 6th floor for mandown.

## Objective

## Orders

## Encounter Notes

**Entry Date:** 02-14-2019 1115          **Entered By:** MIBANESH,  IBANEZ

Noted.

**Entry Date:** 02-14-2019 1102          **Entered By:** PFREEDNS,  FREEDLAND

This MD responded to "man down, cpr in progress".  Many people on scene in a crowded fashion.  CPR was taking place on a male outside of his cell.  911 had been called already.  bag valve was functioning with good aeration and cpr w defibrillator was ongoing.  Monitor appears w rhythm, but pulse checks were negative for pulse through out.  EMS arrived very shortly thereafter, interosseous lines attempted, IVF and epinephrine were given without return of pulse.  Pt was transported to ER w cpr in progress.

Physicial exam was diffocult as this was a very active area,  he was on the floor, cpr on going, but there was no active bleeding noted and there was vomitus from the mouth and floor,

VIA recollection this male had a severe congenital heart defect and severe cardiomyopathy for many years.

## Med Alerts

---

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000038

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |
|---|---|---|---|

## Encounter Detail

**Type:** Rnsc          **Reason:** Emergency               **Date:** 02-14-2019 1255

**Resource:** Evangelista, Joji Sh6562                      **Cost:** $0.00

       **Notes:**

## Objective

## Orders

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000039

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

### Encounter Notes

**Entry Date:** 02-14-2019 1255          **Entered By:** JEVANGSH, EVANGELISTA

```
Mandown Assessment

 Date: 02/14/2019  Time Medical informed: approx 08:19   Arrived at Scene:
approx 08:24-08:25

 Scene is Safe: Yes
Number of Patients: 1

Responder: Scene Manager; RN 9033, 6355, 0770, 7001, Dr. P. Freedland, Psych
Technician Conley

   Team Leader; RN 6562
   Members; RN 9033, 6355, 0770, 7001, Dr. P. Freedland, Psych Technician
Conley

 Spinal Alignment maintained: Yes

 Patient Observed/Presentation: Patient lying on the floor in supine position,
unresponsive to verbal and tactile stimuli. Patient moved immediately outside
the cell to continue CPR.

 Mechanism of Injury /CC: Unknown

 Injury/Signs of Trauma: Patient lying on the floor in supine position,
unresponsive to verbal and tactile stimuli.

 Signs & Symptoms: Patient lying on the floor in supine position, unresponsive
to verbal and tactile stimuli. No pulse, no rise and fall of chest, not
breathing.

 Treatment: 08:18 Deputy 3073 notified Psych Technician Conley to assess
patient. 08:19 6th floor tower deputy notified Medical staff 08:20 Psych
Technician Conley administered Narcan nasal spray x1, CPR initiated by Psych
Technician Conley and deputies #3073 and 3545. 08:22 CCC notified to activate
911 08:24 Additional medical staff with Dr. P. Freedland arrived at the scene
and he took charge of the code.

   Oxygen: Yes
```

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000040

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| JIM: 400177828 | Book#: 19707965 | Name (L,M,F,S): | WILSON, MICHAEL, RICHARD |
|---|---|---|---|

## Encounter Detail

### Encounter Notes

RN 9033 placed Ambu-bag @ 15L/min.

AED: Yes
RN 6562 placed AED

CPR: Yes
Psych Technician Conley, Deputies #3073 and #3545

IVF: No

Primary Survey:

Airway Patent; Yes

Breathing: Equal/bilateral; No
No rise and fall of chest

Circulation: Pulses, Equal/bilateral; Yes

Skin:
cold and clammy skin on upper extremities per Psych Technician Conley

Disability: Orientation; unconscious and unresponsive
Pupils:
no observation made
Motor Function:
unresponsive

Expose: No abnormalities or injuries noted.

Secondary Survey:

Vital Signs:

BP: n/a    HR: n/a    RR: n/a    T: n/a    O2 sat: n/a    Blood Glucose:

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000041

# SAN DIEGO SHERIFFS DEPARTMENT

## Medical Chart

| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** WILSON, MICHAEL, RICHARD |
|---|---|---|

## Encounter Detail

### Encounter Notes

```
129

Head:   Face warm to touch, no evidence of bleeding

Neck:   no obvious deformity

Chest:   not assessed

Abdomen:   not assessed

Extremities:   cold and clammy skin on upper extremities

Notes:   Approximately 08:26 paramedics arrived and assumed care.

Disposition:   Patient sent to ER @0854 and CPR in progress.
```

## Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000042

## SAN DIEGO SHERIFFS DEPARTMENT

### Medical Chart

| | | | |
|---|---|---|---|
| **JIM:** 400177828 | **Book#:** 19707965 | **Name (L,M,F,S):** | WILSON, MICHAEL, RICHARD |

### Encounter Detail

| | | |
|---|---|---|
| **Type:** Psych Sc | **Reason:** 01- Follow-up | **Date:** 02-06-2019 1716 |
| **Resource:** Nesbit, Ariana Liberty | | **Cost:** |
| **Notes:** 2/6: 1-2wks | | |

### Objective

### Orders

### Med Alerts

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000043

**SECTION 1**   Complete this information to request medical attention.

Print Name: Michael Wilson            Bkg #: 19707065            Housing Unit: B6   DOB: 12/13/86

I am requesting    ☑ Medical Services        ☐ GBDF        ☐ EMDF        ☐ VDF
                   ☐ Mental Health Services  ☐ SDCJ        ☑ LCDF        ☐ Other
                   ☐ Dental Services         ☐ SBDF

Reason for request for health services: Cough that wont go away

I authorize and request the San Diego County Sheriff's Medical and Mental Health Services, its physicians, psychiatrists, dentists contracted agents, and medical personnel to administer and perform any and all medical and dental examinations, treatments, and diagnostic procedures deemed advisable or necessary.

I understand that the Sheriff's Department shall charge me $3.00 for any routine sick call visit that I initiate and that this charge will be deducted from my account during the current stay in jail. I also understand that I shall not be denied medical care if I am unable to pay the $3.00 fee.

Signed: Michael Wilson                            Date: 2/9/19

**SECTION 2**                          **FOLLOW-UP INFORMATION**
                              (This section is to be completed by Medical Staff Only)
Charge: ☐ Yes  ☐ No

Authorized signature_____ ID#_____ Date:_____ Charge posted by_____ Date____
If no charge, explain: _____
                                          Amount collected: ☐ $3.00 ☐ $____

**SECTION 3**          Date Request Received: **FEB 0 9 2019**      Date Seen: _____

1. ☐ SEEN IN HUR          ☒ Chart reviewed
2. ☐ NOT SEEN DUE TO: ☐ Court ☐ Visit ☐ Released ☐ No Show/Refused ☐ Other____ ☐ Rescheduled
3. ☐ Non-medical problem referred to: _____
4. ☐ Seen previously for same non-medical request, (tennis shoes, blankets, etc.). No further evaluation.
5. ☐ NO FURTHER COMPLAINTS. Patient advised to submit another Sick Call Request Slip if problem recurs.

"S"ubjective
Chief Complaint: _____

"O"bjective: _____

"A"ssessment Nursing Diagnosis: _____ YOU ARE ALREADY SCHEDULED TO SEE THE NURSE.

"P"lan: ☐ Rx GIVEN as per SNP
        ☒ SCHEDULED FOR SICK CALL WITH: ☐ MD ☒ RN ☐ NP ☐ DDS
                                        ☐ Psych/Mental Health Specialist
                                        ☐ Other_____
        ☐ PATIENT EDUCATION AND ADDITIONAL INFO:
SIGNATURE: _____ Mayko _____ 2/9/19 _____ ID# 9030

☐ GBDF/EMDF   ☐ LCDF   ☐ SBDF   ☐ SDCJ   ☐ VDF
Patient's Name: _____
D.O.B: _____

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000044



**San Diego County**
# SHERIFF'S DEPARTMENT
**INMATE REQUEST** *(PETICION DEL RECLUSO)*



FEB 0 8 2019

**SECTION I**    **Complete the following information:** *(Llene la siguiente informacion)*

**Facility:** ☑ SDCJ  ☐ FAC8  ☐ EMRF  ☐ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** Michael Wilson
*(Nombre)*

**Booking #:** 19707965    **Date of Birth:** 12/13/86    **Housing Unit:** 6B
*(Número)*                 *(Fecha de Nacimiento)*            *(Unidad)*

**SECTION II**    **Refer to instructions on the back of this form.**
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I See the Dr about my med the health & mental
Clinintian I havent recived any

**Signature:** Michael Wilson    **Date and Time:** 2/7/19  3:30 pm
*(Firma)*                        *(Fecha y hora)*

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF <u>ONLY</u>**

**Forwarded to:** _____  **Date:** _____  **Time:** _____

Scheduled RNSC for an assesmut

**Completed by:** AR 6106    **Date:** 2/8/19

J-21 (REV 01/15) FRONT

Printed with FinePrint trial version - purchase at www.fineprint.com

CSD 000045

Real Radiology, LLC - WILSON, MICHAEL RICHARD - 32y - CR - CHEST - SD X-R...   Page 1 of 2



8772 Cuyamaca Street, Ste 102, Santee, CA 92071
1933 Davis Street, Ste 206, San Leandro, CA 94577

IMAGES SUBMITTED BY: **SD X-Ray**

**RADIOLOGY INTERPRETATION**

| | |
|---|---|
| **PATIENT NAME:** | WILSON, MICHAEL RICHARD |
| **DATE OF BIRTH:** | 12/13/86 |
| **BOOKING NUMBER:** | 19707965 |
| **PHYSICIAN** | Dr. O'Brien |
| **FACILITY:** | SDCJ |
| **DATE OF EXAM** | Feb 5, 2019 8:07:02 PM PST |
| **PROCEDURES** | CR - CHEST - SD X-Ray |
| **HISTORY** | CXR, FACILITY #1 |

---

1 view chest x-ray.

Comparison:
None

Findings:
No consolidation or effusion.
Mild cardiomegaly.  Left-sided pacer.
Bones unremarkable

Impression:
1. Negative for active tuberculosis

Electronically signed on Feb 6, 2019 12:55:22 AM PST by:
Jason E. Grennan, MD
Diplomate, American Board of Radiology

Report Completed: Feb 6, 2019 12:55:22 AM PST

 **Real Radiology, LLC is accredited by The Joint Commission**

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.