EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525   FAX: (619) 233-3221

**Attorneys for Plaintiff Estate of Michael Wilson**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL WILSON, by and through its administrator, PHYLLIS JACKSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 3:20-cv-0457-RBM-DEB<br><br>**NOTICE OF PARTIAL SETTLEMENT WITH THE COUNTY OF SAN DIEGO, MACY GERMONO, MARYLENE IBANEZ AND ANIL KUMAR** |

　　　Plaintiff, the Estate of Michael Wilson, and Defendants, the County of San Diego, Macy Germono, Marylene Ibanez, and Anil Jumar, have agreed to a settlement after a mandatory settlement conference with Magistrate Judge Daniel Butcher on October 15, 2024.  Plaintiff will move to dismiss the County of San Diego, Macy Germono, Marylene Ibanez, and Anil Kumar with prejudice within three days of receipt of the settlement proceeds.

　　　The case against CCMG and its employees has not settled.  The remaining dates as to the trial involving CCMG will remain in place.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | IREDALE & YOO, APC |

Dated: October 23, 2024        *s/ Julia Yoo*
                                                    JULIA YOO
                                                    Attorneys for Plaintiffs