UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL WILSON, by and through its successor-in-interest, PHYLLIS JACKSON, and PHYLLIS JACKSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-00457-RBM-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL DEFENDANTS UNDER FED. CIV. P. 41(a)**<br><br>[Doc. 232] |

　　　Pending before the Court is the parties' Joint Motion for Dismissal of All Defendants under Fed. R. Civ. P. 41(a) ("Joint Motion"). (Doc. 232.)[1] In the Joint Motion, the parties seek an order "dismissing defendants County of San Diego, Macy Germono, Marylene Ibanez, Anil Kumar, Coast Correctional Medical Group and Vincent Gatan and dismissing all claims against them." (*Id.* at 1.) "The parties stipulate and agree that each defendant be dismissed with prejudice and that each party will bear their own fees and costs." (*Id.*)

---

[1] On January 3, 2025, this Court granted dismissal of Defendant Peter Freedland with prejudice. (Doc. 231.)

The Joint Motion (Doc. 232) is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED**.

DATE: January 10, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE